v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7188.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

Reginald GUNN, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7186.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Billy R. Davis's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

*ORDER*

Upon consideration of Reginald Gunn's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

752

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.